Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

Shane Sinnott,
Plaintiff

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 21-CV-6197

v.

Mr. Smith, et al,
Defendants

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the defendants' motion for summary judgment  is granted.  Judgment is in favor of Defendants.

Date: August 1, 2024

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/ Dawn K.
     Deputy Clerk